**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRIEND DAUGHERTY,**
        **Plaintiff,**

-vs-                                            **Case No. 6:12-cv-44-Orl-18GJK**

**S.D. CONSTRUCTORS, INC.**
**STEVEN DURBIN,**
        **Defendants.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 15). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is **APPROVED** and that Final Judgment be entered in favor of Plaintiff Friend Daugherty and against Defendants S.D. Construction and Steven Durbin, jointly and severally, in the total amount of $28,890.00, which includes $27,270.00 in unpaid overtime compensation and liquidated damages; $1,160.00 in unpaid minimum wages and liquidated damages; and $460.00 in costs. Clerk of the Court is directed to **enter judgment accordingly and CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ___12___ day of July, 2012.

                                                    **G. KENDALL SHARP**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record